Tangipahoa Parish Clerk of Court 20260003880
Filed Oct 13, 2026 2:11 PM D
Iesha Hunter
Deputy Clerk of Court
E-File Received Oct 12, 2026 3:46 PM

**21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

**DOCKET NO.:** **DIVISION**

**CHRISTIAN MYERS**

**VERSUS**

**WAFFLE HOUSE, INC. d/b/a WAFFLE HOUSE NO. 765**

**FILED:____________________________ DEPUTY CLERK___________________**

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes your Petitioner, Christian Myers, being of the full age of majority and resident of the State of Louisiana, who respectfully represents:

I.

The named Defendant in connection herewith are as follows:

A) **WAFFLE HOUSE, INC. d/b/a WAFFLE HOUSE NO. 765,** a foreign corporation authorized to do and doing business in the state of Louisiana. Waffle House No. 765 is located at 3123 Hwy 190W, Hammond, Parish of Tangipahoa, State of Louisiana.

II.

The named Defendant is indebted to your Petitioner as a result of the injuries sustained in the following-described incident.

III.

On or about April 26, 2026, Petitioner, CHRISTIAN MYERS, was a customer at Waffle House 765. While eating a meal served to him at the restaurant, Petitioner unknowingly bit into, chewed, and swallowed a foreign substance contained within his food, which he identified as broken glass. Upon discovery of the broken glass, a waitress immediately removed Petitioner's plate, and Petitioner was not charged for the meal. Following the incident, Petitioner developed abdominal pain and passed blood in his stool, prompting him to seek emergency medical evaluation and treatment.

IV.

Petitioner avers that Waffle House, Inc. d/b/a Waffle House No. 765's inspection,



EXHIBIT
A

Certified True and Correct Copy
CertID: 2026111700047

Tangipahoa Parish
Clerk of Court

Generated Date:
11/17/2026 9:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

maintenance, and/or safety procedures were deficient and/or inadequate at the time of the incident.

V.

Petitioner's accident was a reasonably foreseeable consequence of the Waffle House, Inc. d/b/a Waffle House No. 765 crew preparing and serving the food.

VI.

Additionally, the aforesaid collision and resulting injuries and damages specified herein were proximately and legally caused, in whole or in part, by the direct fault and negligence of Defendant, Waffle House, Inc. d/b/a Waffle House No. 765, including the following negligent acts and omissions, including but not limited to the following that may be shown at trial hereof.

a. negligent hiring and retention of employees at as well as other unknown employees of Waffle House, Inc. d/b/a Waffle House No. 765;
b. failure to properly train employees with regard to their work performed for or on behalf of Waffle House, Inc. d/b/a Waffle House No. 765;
c. failure to properly train and/or supervise employees with regard to their work performed on or on behalf of Waffle House, Inc. d/b/a Waffle House No. 765; and
d. failing to instruct employees at Waffle House, Inc. d/b/a Waffle House No. 765 on a safe manner of preparing and serving food on the date of incident.

All of the above are negligent acts or omissions in violation of common sense, reasonable prudence, ordinances, and the laws of the Parish of Tangipahoa, and the State of Louisiana, all of which are specifically plead herein.

VII.

As a result of the aforementioned incident and the acts of negligence of Waffle House, Inc. d/b/a Waffle House No. 765 and its employees, Petitioner sustained injuries.

VIII.

Petitioner, Christian Myers, seeks reasonable compensation for the following damages, which were caused and/or incurred as a direct result of this incident, including, but not limited to, the following:

1. Past, present, and future physical pain and suffering;
2. Past, present, and future mental anguish and emotional pain;



Certified True and Correct Copy
CertID: 2026111700047

Tangipahoa Parish
Clerk of Court

Generated Date:
11/17/2026 9:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3. Past, present, and future medical expenses;
4. Past and future lost wages;
5. Diminished or reduced earning capacity;
6. Loss of the enjoyment of life (hedonic damages); and
7. Other injuries and damages which a general quantum amount for which is hereby claimed.

IX.

Under the doctrine of respondeat superior, and/or under theories of agency, Defendant, Waffle House, Inc. d/b/a Waffle House No. 765, is vicariously liable for the negligent acts of its employees and for the damage Petitioner suffered therefrom.

X.

Petitioner reserves the right to amend his allegations of the facts should the need arise.

XII.

WHEREFORE, Petitioner, Christian Myers, prays that after all due proceedings are had, that there be judgement in his favor and against the Defendant, Waffle House, Inc. d/b/a Waffle House No. 765, for reasonable damages with judicial interest from date of judicial demand until paid; for all costs of these proceedings; and for all general and equitable relief awardable under these premises.

Respectfully submitted

YEAGER LANASA TAUZIER, LLC

BY
*/s/ Mark G. Tauzier*
**MARK G. TAUZIER, LSBA NO. 28778**
ANTHONY V. LANASA, JR., LSBA NO. 28114
MICHAEL K. MELUCCI, LSBA NO. 37795
MELISSA M. HA, LSBA NO. 39481
500 East Morris Avenue
Hammond, Louisiana 70403
Telephone (985) 340-9969
Facsimile (985) 340-9968
Email: mtauzier@yltlaw.com
ATTORNEY FOR PETITIONER,
**CHRISTIAN MYERS**



Certified True and Correct Copy
CertID: 2026111700047

Tangipahoa Parish
Clerk of Court

Generated Date:
11/17/2026 9:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**<u>SERVICE INSTRUCTIONS:</u>**

**PLEASE SERVE**

**WAFFLE HOUSE, INC. d/b/a WAFFLE HOUSE NO. 765**
*Through its registered agent for service of process*:
Corporation Service Company
450 Laurel Street, 8th Floor
Baton Rouge, LA 70801



Certified True and Correct Copy
CertID: 2026111700047

Tangipahoa Parish
Clerk of Court

Generated Date:
11/17/2026 9:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).