**Edward Graves**

---

| | |
|---|---|
| **From:** | Summer Montgomery <sm49624@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 11:57 AM |
| **To:** | Edward Graves |
| **Cc:** | generalliability@wafflehouse.com |
| **Subject:** | Re: Christian Myers - Claim GL20260001522 \| CLAIM EVALUATION AND RESOLUTION |

Dear Edward Graves,

I am following up regarding Claim GL20260001522, as I have not received a response to my prior correspondence.

I also note that the licensing information reflected in your email signature references administrator and adjuster licenses in other jurisdictions. At this time, please clarify your authority to handle claims in the State of Louisiana, including:

- Whether you are individually licensed as an adjuster in Louisiana;
- If not, the entity under which you are authorized to adjust claims in Louisiana; and
- Identification of the insurer you are representing in connection with this claim.

This request is being made to ensure compliance with Louisiana insurance regulations governing the handling of claims within the state.

Additionally, please note that this information is being requested for inclusion in documentation currently being compiled in connection with a potential regulatory complaint and/or legal action.

I look forward to your prompt response.

Sincerely,

Summer Montgomery

On Tue, Jul 7, 2026 at 3:05 PM Summer Montgomery <sm49624@gmail.com> wrote:

> Dear Mr. Graves,
>
> Thank you for your response and confirmation of receipt of the additional documentation.
>
> While I understand your position, I do not agree with the current evaluation, as it does not fully account for the documented medical treatment, continued symptoms, and the significant impact this incident has had on my son's physical condition and future opportunities.



EXHIBIT
D

As reflected in the medical records provided, my son continues to experience abdominal pain that is specifically triggered during high-intensity physical activity, including basketball-related movements such as jumping, stretching, and attempting to dunk. These are not isolated complaints, but are documented by his treating provider and represent a functional limitation that directly affects his athletic performance.

As a young athlete, this limitation is particularly serious. His ability to safely participate in basketball is now uncertain, and there is a very real concern that he may not be able to return to the level of performance required to maintain his basketball scholarship. This concern has been raised and documented during his medical treatment.

Additionally, the need for multiple medical evaluations, including emergency care and follow-up treatment, along with continued monitoring for complications related to glass ingestion, reflects that this was not a minor or resolved issue. The development of anxiety related to his condition and ongoing symptoms has further impacted his ability to confidently return to normal activity.

Taken together, the physical limitations, ongoing symptoms, and the potential impact on his athletic future represent a substantial and ongoing loss that extends well beyond the initial incident.

Based on the totality of these circumstances, including medical treatment, documented functional limitations, and the potential impact on his athletic opportunities, we are placing a settlement demand in the amount of $80,000.00 to resolve this matter.

This demand is made in good faith based on the current documentation and the ongoing impact of this incident.

I look forward to your response.

Sincerely,

Summer Montgomery

On Tue, Jul 7, 2026 at 9:05 AM Edward Graves <edgraves@acrisure.com> wrote:

> Ms. Montgomery,
>
> Thank you for your email and the additional documentation. I have received it and will include it in my evaluation.
>
> While I understand your position, our evaluation remains based on the objective medical evidence currently available, and at this time it does not change our assessment.

The only billing information received from Ms. Montgomery was the screenshot below that was received in an e-mail.

**In progress** — View all details

These accounts are waiting for a response from insurance and are only displayed for your information. You might be responsible for these accounts in the future.

Apr 30 2026

Emergency Visit at NOMC Hospital
Hospital Services
Provider: MALLORY JENKINS, NP
Patient: Christian Myers
Primary insurance: Blue Cross Blue Shield
Account #11638369

Pending insurance

| | |
|---|---|
| Billed | $12,221.21 |
| Insurance covered | -$11,921.21 |
| Pending insurance | $300.00 |
| **Outstanding balance** | **$0.00** |

Detailed Account Information

| | |
|---|---|
| CT Scan (View charges) | $5,484.00 |
| Emergency Room (View charges) | $5,441.00 |
| Laboratory (View charges) | $621.00 |
| Medical/Surgical Supplies and Devices (View charges) | $0.01 |
| Pharmacy (View charges) | $675.20 |
| Payments and Adjustments — Blue Cross Blue Shield | -$11,921.21 |

Hide details

Paperless Billing
Enabled for this acc
Paperless Preferences

Questions
Contact customer se
Or call 985-230-2580